**WILLIAM F. HYLAND, ATTORNEY GENERAL, PLAINTIFF-RESPONDENT, v. RONALD RANONE, DEFENDANT-APPELLANT.**

Argued September 19, 1977—Decided December 5, 1977.

Mr. Terry L. Shapiro argued the cause for appellant (Messrs. Diamond, Diamond and Afflitto, attorneys; Mr. Joseph T. Afflitto, of counsel).

Mr. William F. Lamb, Deputy Attorney General, argued the cause for respondent (Mr. William F. Hyland, Attorney General of New Jersey, attorney pro se; Ms. Helen E. Szabo, Deputy Attorney General, of counsel and on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

For affirmance—Chief Justice HUGHES and Justices MOUNTAIN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—6.

For reversal—None.